FILED
DEC 1 0 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) CRIMINAL NO. 13-30278-MJR |
| | ) |
| vs. | ) Title 18 |
| | ) United States Code |
| | ) Sections 1951(a) and 924(c)(1)(A)(ii) |
| JAHRASTAFAR JAMAL FARMER, | ) |
| | ) |
| Defendant. | ) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### (INTERFERENCE WITH COMMERCE BY VIOLENCE)

1. That at all times material to this Indictment, Moto-Mart was engaged in the sale of fuel and grocery items in interstate commerce and an industry which affects interstate commerce.

2. On or about November 2, 2013, in St. Clair County, within the Southern District of Illinois, and elsewhere,

**JAHRASTAFAR JAMAL FARMER,**

defendant herein, did unlawfully obstruct, delay, and affect and attempt to obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant JAHRASTAFAR JAMAL FARMER did unlawfully take and obtain personal property consisting of currency in the presence of an employee and a customer of Moto-Mart, against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their person that is,

defendant brandished a weapon and demanded money; in violation of Title 18, United States Code, Section 1951(a).

### COUNT 2
### (BRANDISHING A FIREARM DURING AND IN RELATION TO A CRIME OF VIOLENCE)

On or about November 2, 2013, in the Southern District of Illinois, the defendant,

**JAHRASTAFAR JAMAL FARMER,**

did knowingly carry and use a firearm, during and in relation to, and did knowingly possess a firearm in furtherance of, a crime of violence for which he may be prosecuted in a court of the United States, that is, Interference with Commerce by Violence as charged in Count 1; in violation of Title 18, United States Code, Section 924(c)(1)(A).

The firearm was further brandished, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

A TRUE BILL

STEPHEN R. WIGGINTON
United States Attorney

SUZANNE M. GARRISON
Assistant United States Attorney

Recommended Bond:   Detention

2